Frank STIENOCHER v. STATE.　(No. 7910.)　(Court of Criminal Appeals of Texas. Nov. 21, 1923.)　Appeal from District Court, Gonzales County; Lester Holt, Judge.　Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J.　The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of 2½ years.　The indictment seems regular.　No rulings of the court are complained of by way of bill of exceptions, nor is there found a statement of facts.　The motion for new trial presents no question for review.　The judgment is affirmed.

---

Bud STOCKTON v. STATE.　(No. 7868.) (Court of Criminal Appeals of Texas. Nov. 7, 1923.)　Appeal from District Court, Cherokee County; L. D. Guinn, Judge.　Tom Garrard, State's Atty., of Midland and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J.　Conviction is for transporting intoxicating liquor, with a penalty of one year in the penitentiary.　We find only one bill of exception in the record, which complains because the court refused to sustain a motion to quash the indictment.　The motion was very general, averring that no offense against the law was charged against accused.　Neither from the motion itself nor in any other manner are we apprised in what particular the indictment is thought to be defective.　Similar indictments have been sustained in Stringer v. State, 92 Tex. Cr. R. 46, 241 S. W. 159; Land v. State, 93 Tex. Cr. R. 470, 247 S. W. 554; Crowley v. State, 92 Tex. Cr. R. 103, 242 S. W. 472; Tucker v. State (Tex. Cr. App.) 251 S. W. 1090.　The evidence supports the verdict, and the judgment must be affirmed.

---

Jim WILLIAMS v. STATE.　(No. 7712.) (Court of Criminal Appeals of Texas. Nov. 7, 1923.)　Appeal from District Court, Houston County; W. R. Bishop, Judge.　Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J.　The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year.　The purchaser named in the indictment testified that he bought whisky from the appellant; that he received it and paid for it.　His credibility was for the jury to determine.　There are no bills of exception. The evidence is sufficient to support the verdict.　The judgment is affirmed.